UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SAXTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, et al., <br><br> Defendants. | Case No. 21-cv-09499-SI  (SI) <br><br> **PRETRIAL SCHEDULING ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

INITIAL DISCLOSURES:  10/28/2022;
DISCOVERY OPENS:  11/11/2022.

FURTHER CASE MANAGEMENT: 1/20/2023 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: TBD

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 10/31/2023.

DESIGNATION OF EXPERTS: 11/15/2023; REBUTTAL: 11/29/2023;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 12/15/2023.

DISPOSITIVE MOTIONS **SHALL** be filed by; 1/12/2024;
    Opp. Due: 1/26/2024; Reply Due: 2/2/2024;
    and set for hearing no later than 2/16/2024 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 3/19/2024 at 3:30 PM.

JURY TRIAL DATE: 4/1/2024 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10 - 15 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: October 14, 2022

_____
SUSAN ILLSTON
United States District Judge