UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SAXTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SONOMA, *et al.*,<br><br>Defendants. | Case No. 21-cv-09499-SI<br><br>Related Case No. 22-cv-6632<br><br>**ORDER RELATING CASES AND SETTING BOTH CASES FOR A CASE MANAGEMENT CONFERENCE ON JANUARY 20, 2023**<br><br>Re: Dkt. No. 58 |

Defendants filed a motion to consolidate this case with *McGinnis v. County of Sonoma et al.*, C 22-6632 AGT. The Court finds that it is appropriate to relate the cases. The Court will address consolidation and other case management issues at the January 20, 2023 case management conference. Plaintiff's counsel in *McGinnis* shall also attend the January 20, 2023 case management conference.

**IT IS SO ORDERED**.

Dated: January 17, 2023

SUSAN ILLSTON
United States District Judge