UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SAXTON, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SONOMA, *et al.*,<br><br>　　　　　Defendants. | Case No. 21-cv-09499-SI<br><br>**ORDER RE: APPOINTMENT OF GUARDIAN AD LITEM AND FILING OF DECLARATION** |

In reviewing the docket, it has come to the Court's attention that Michelle Saxton has not filed a motion for appointment of guardian ad litem of M.J., nor has Saxton filed an affidavit or declaration pursuant to California Code of Civil Procedure 377.32, which is required in survivorship actions. *See Reyes v. Cnty. of Alameda*, No. 20-CV-03971-DMR, 2020 WL 5107460, at *3 (N.D. Cal. Aug. 31, 2020) (discussing requirements under California law for § 1983 survivorship action); *see also Moreland v. Las Vegas Metro. Police Dep't*, 159 F.3d 365, 369 (9th Cir. 1998), as amended (Nov. 24, 1998) ("The party seeking to bring a survival action bears the burden of demonstrating that a particular state's law authorizes a survival action and that the plaintiff meets that state's requirements for bringing a survival action.").

The Court directs Saxton to file a motion for appointment of guardian ad litem, which can include the information and material required by Cal. Code Civ. Proc. § 377.32, no later than **April 7, 2023.**

**IT IS SO ORDERED**.

Dated: March 30, 2023

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　United States District Judge