# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA MCGINNIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-06632-SI<br><br>Related Case No. 21-cv-09499 SI<br><br>**ORDER TO SHOW CAUSE** |

On April 14, 2023, the Court held a case management conference in this case and the related *Saxton* case, 21-9499 SI. Fulvio Cajina, counsel for plaintiff, failed to appear, and defense counsel confirmed that Mr. Cajina was aware of the hearing. **Counsel is hereby ORDERED TO SHOW CAUSE in writing no later than April 19, 2023, explaining why he failed to appear.**

**IT IS SO ORDERED**.

Dated: April 14, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　United States District Judge