UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE SAXTON, et al.,

    Plaintiffs,

v.

COUNTY OF SONOMA, et al.,

    Defendants.

Case No. 21-cv-09499-SI  (SI)

**FIRST AMENDED PRETRIAL SCHEDULING ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 10/4/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: 7/9/2024

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 8/9/2024.

DESIGNATION OF EXPERTS: 8/30/2024; REBUTTAL: 9/20/2024;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 10/11/2024.

DISPOSITIVE MOTIONS **SHALL** be filed by; 11/1/2024;
    Opp. Due: 11/15/2024; Reply Due: 11/22/2024;
    and set for hearing no later than 12/6/2024 at 10:00 AM.

PRETRIAL PAPERWORK: 1/21/2025
PRETRIAL CONFERENCE DATE: 2/4/2025 at 1:30 PM.

JURY TRIAL DATE: 2/18/2025 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10 - 15 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: June 28, 2024

SUSAN ILLSTON
United States District Judge