**EXHIBIT 1**

# GLENN AGRE BERGMAN & FUENTES LLP

Lyn R. Agre
lagre@glennagre.com
44 Montgomery St., 41st Floor
San Francisco, CA 94104
(415) 358-6444

April 22, 2021

Sonoma County Sheriff
2796 Ventura Ave.
Sonoma, CA 95403
Via Email: Sheriff-CIB@sonoma-county.org.

Re: Amber Rae Marcotte Investigation

Dear Sonoma County Sheriff:

My name is Lyn Agre and I am an attorney in San Francisco (Cal. Bar No. 178218). I, along with attorney Elizabeth Grossman (Cal. Bar No. 104483) represent the minor child of decedent Amber Rae Marcotte, Michaela Marcotte, in relation to potential civil litigation on the minor's behalf. Amber Marcotte died in the Sonoma County Jail on or about October 29, 2020. It is our understanding that the investigation of Amber Marcotte's death was assigned to your office.

On Michaela Marcotte's behalf, we hereby request that you disclose to us all Sheriff's Department reports concerning Amber Marcotte's death (we have delivered a similar request via your online portal). Our request includes any and all investigative reports, records, test results, lab reports, photographs, and visual or audio media that were gathered in relation to the Sheriff's investigation of Amber Marcotte's death.

If you require any additional information from us in order to process this request, please contact me at (415) 358-6444, or by email at lagre@glennagre.com.

Regards,

/s/ Lyn R. Agre

LYN R. AGRE
Attorney for Michaela Marcotte



New York
San Francisco
www.glennagre.com