**EXHIBIT 2**

## GLENN AGRE BERGMAN & FUENTES LLP

Lyn R. Agre
lagre@glennagre.com
44 Montgomery St., 41st Floor
San Francisco, CA 94104
(415) 358-6444

April 27, 2021

Sonoma County Board of Supervisors
575 Administration Drive, Suite 100A
Santa Rosa, CA 95403
Via Hand Delivery

Re: Amber Rae Marcotte

To County of Sonoma:

My name is Lyn Agre and I am an attorney in San Francisco (Cal. Bar No. 178218). I, along with attorney Elizabeth Grossman (Cal. Bar No. 104483) represent the minor child of decedent Amber Rae Marcotte, Michaela Marcotte, as well as Michaela Marcotte's guardian, Michelle Saxton, in relation to potential civil litigation on the minor's behalf. Amber Marcotte died in the Sonoma County Jail on or about October 29, 2020. It is our understanding that the County's investigation of Amber Marcotte's death is ongoing.

Attached here please find the claim of Michaela Marcotte and Michelle Saxton, pursuant to California Government Code section 910 et seq., for damages stemming from Amber Marcotte's death.

If you require any additional information from us in order to process this claim, please contact me at (415) 358-6444, or by email at lagre@glennagre.com.

Regards,

LYN R. AGRE
Attorney for Michaela Marcotte



New York
San Francisco
www.glennagre.com