**EXHIBIT 4**



SAXTON SPOLIATION TIMELINE