UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE SAXTON, et al.,

    Plaintiffs,

v.

COUNTY OF SONOMA, et al.,

    Defendants.

Case No. 21-cv-09499-SI (SI)

**SECOND AMENDED PRETRIAL SCHEDULING ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 1/10/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 1/30/2025.[1]

DESIGNATION OF EXPERTS FOR LIABILITY: 1/6/2025; REBUTTAL: 1/28/2025;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT FOR LIABILITY DISCOVERY CUTOFF is: 3/3/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by: 4/11/2025;
    Opp. Due: 4/25/2025; Reply Due: 5/2/2025;
    and set for hearing no later than 5/16/2025 at 10:00 AM.

PRETRIAL PAPERWORK: TBD
PRETRIAL CONFERENCE DATE: TBD at 1:30 PM.

JURY TRIAL DATE: TBD at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10 - 15 days.

---

[1] Close of Fact Discovery for three depositions as referenced in the Stipulation filed at Dkt. 163

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: December 20, 2024

_____
SUSAN ILLSTON
United States District Judge

2