UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SAXTON, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>COUNTY OF SONOMA, *et al.*,<br><br>        Defendants. | Case No. 21-cv-09499-SI<br><br>**ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The parties are scheduled to attend a settlement conference with Magistrate Judge Kang on June 27, 2025. Defendants' motion for summary judgment is pending before the Court, and the Court will be issuing a full order on that motion prior to June 18, 2025, when the parties' settlement conference statements are due. In the interim, and to assist the parties in their preparation, the Court informs the parties that it has reached the following decisions on the pending motion:

1. Sheriff Essick is entitled to qualified immunity on plaintiffs' § 1983 claims;
2. The negligence claims of the Estate of Amber Marcotte are barred due to failure to file a government tort claim; and
3. Plaintiffs have raised triable issues of fact on all remaining claims, and thus summary judgment is denied on (1) the Saxton plaintiffs' § 1983 claims against the County; (2) M.J.'s negligence and negligent supervision claims against Sheriff Essick; and (3) McGinnis' § 1983 claim against the County.

**IT IS SO ORDERED**.

Dated: June 12, 2025

                                                  SUSAN ILLSTON<br>United States District Judge