UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SAXTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants. | Case No. 21-cv-09499-SI<br><br>**ORDER RE: JURY INSTRUCTIONS** |

The Court has reviewed the proposed jury instructions submitted by the parties and finds that they need to be modified and supplemented in various ways. The Court directs the parties (largely plaintiffs) to be prepared to address the following at the jury instruction conference:

1. What is the Estate's § 1983 claim, and how does it differ from M.J.'s claim?

2. The instructions on the two *Monell* claims need to be modified to include an introductory paragraph for each instruction to specifically identify the allegedly unconstitutional policies, customs or practices, and similarly what are the specific failures of inaction and failures to train.

3. On the negligence claims, what acts or failures to act by Essick fall under the negligence claim versus the negligent hiring, supervision and retention claim? On the negligent hiring, supervision and retention claim, are plaintiffs challenging hiring and retention, or just supervision?

**IT IS SO ORDERED**.

Dated: August 19, 2025

_____
SUSAN ILLSTON
United States District Judge