UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE SAXTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, et al., <br><br> Defendants. | Case No. 21-cv-09499-SI <br><br> **JUDGMENT** |

A jury trial was held in August 2025, at which the jury reached verdicts in favor of defendants County of Sonoma and former Sheriff Mark Essick on the following claims: (1) *Monell* claim against the County based on official policy, practice or custom; (2) *Monell* claim against the County based on policy of inaction; and (3) negligence against former Sheriff Essick.

Accordingly, judgment is hereby entered against plaintiffs and in favor of defendants on the three claims decided by the jury. Judgment is also entered against plaintiffs and in favor of defendants on all other claims that were dismissed by the Court prior to trial.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 25, 2025

SUSAN ILLSTON
United States District Judge